MINNIE B. LANDON, Respondent, *v.* THE PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Appellant.

*Landon* v. *Preferred Accident Ins. Co.* 43 App. Div. 487, affirmed.
(Argued May 1, 1901; decided May 17, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

73

October 6, 1899, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Hamilton Wallis* for appellant.

*William S. Lewis* and *Halcyon M. Close* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.